JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL THOMAS MENDOZA and ROSA VALADEZ GARCIA, individually, and on behalf of all others similarly situated,

           Plaintiffs,

   vs.

OSI INDUSTRIES, LLC a Limited Liability Company and DOES 1 through 10, inclusive,

        Defendants.

Case No.: **5:22-cv-01205-JGB-KKx**

District Judge:   Jesus G. Bernal
Magistrate Judge: Kenly Kiya Kato

**ORDER RE: DEFENDANT'S REQUEST OF VOLUNTARY DISMISSAL OF CASE NO: 5:22-cv-01205-JGB-KKx ONLY**

Complaint Filed: May 2, 2022
Removal Filed:   July 11, 2022

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER**

2

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) and (2), this court enters

3

a dismissal with prejudice of <u>Case Number **5:22-cv-01205-JGB-KKx**</u>, only.

4

Due to a clerical error by the filing personnel the Notice of Removal and all

5

supporting documents were inadvertently filed under the wrong parties in case number

6

5:22-cv-01205-JGB-KK.

7

The litigation will now proceed under the correct case number, 5:22-cv-01202.

8

**IT IS SO ORDERED.**

9

10

Dated: ___July 13, 2022___

_____

HON. JESUS G. BERNAL

11

United States District Judge

12

13

4892-1071-4665, v. 1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28